

# Notice of Service of Process

null / ALL  
Transmittal Number: 23442957  
Date Processed: 07/06/2021

| | |
|---|---|
| **Primary Contact:** | Beverly Milkovich (legal dept)<br>Old Republic International Corporation<br>307 N Michigan Ave<br>Fl 15<br>Chicago, IL 60601-5405 |
| **Electronic copy provided to:** | Marie Hernandez |
| **Entity:** | Old Republic Insurance Company<br>Entity ID Number  1888373 |
| **Entity Served:** | Old Republic Insurance Company |
| **Title of Action:** | Wilbert Thompson vs. Scott Zielinski |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | 15th Judicial District for Lafayette, LA |
| **Case/Reference No:** | C-20213302L |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 07/02/2021 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | Secretary of State 06/30/2021 LA |
| **How Served:** | Certified Mail |
| **Sender Information:** | Ericka S. Brignac<br>225-746-1213 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

# State of Louisiana
## Secretary of State

07/01/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

OLD REPUBLIC INSURANCE COMPANY
C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC.
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 20213302
15TH JUDICIAL DISTRICT COURT
LAFAYETTE PARISH

WILBERT THOMPSON, ET AL
vs
SCOTT ZIELINSKI, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 06/30/2021
Title: DEPUTY SHERIFF

No: 1203852



TG

LAFPC.CV.62745443

Requested by Atty.: BRIGNAC, ERICKA S

# CITATION

**WILBERT THOMPSON**             **15TH JUDICIAL DISTRICT COURT**

**VS**                           **DOCKET NUMBER: C-20213302 L**

**SCOTT ZIELINSKI, ET AL**       **PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

TO: OLD REPUBLIC
PURSUANT TO THE NON-RESIDENT MOTORIST ACT
LSA-R.S. 13:3474 AND 13:3475
BY SERVING THE SECRETARY OF THE STATE OF LOUISIANA

*SERVED ON R. KYLE ARDOIN*
*JUN 3 0 2021*
*SECRETARY OF STATE*
*COMMERCIAL DIVISION*

*SERVICE COPY*

of the Parish of EAST BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
WITNESS THE HONORABLE JUDGES OF SAID COURT, this JUNE 23, 2021.

_____
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**CC: PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE       MOVED ( )       NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____

Lafayette Parish  C-20213302
Filed Jun 23, 2021 3:58 PM  L
Martina Reaux
Deputy Clerk of Court

STAMPED COPY GIVEN

## 15th JUDICIAL DISTRICT

## PARISH OF LAFAYETTE

## STATE OF LOUISIANA

**DOCKET NUMBER:**          **DIVISION " "**

**WILBERT THOMPSON, JUNE THOMPSON, AND SOPHIA THOMPSON**

**VERSUS**

**SCOTT ZIELINSKI, EPES TRANSPORT SYSTEM, OLD REPUBLIC, AON RISK SERVICES, AND GALLAGHER BASSET SERVICES**

**FILED:** _____

                                                   **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel comes the plaintiffs, **WILBERT THOMPSON, JUNE THOMPSON, AND SOPHIA THOMPSON,** persons of full age and residents in the Parish of Ascension, State of Louisiana, with respect represents the following:

I.

That Defendants, SCOTT ZIELINSKI, EPES TRANSPORT SYSTEM, OLD REPUBLIC, AON RISK SERVICES, AND GALLAGHER BASSET SERVICES are all jointly, severally and solidarily liable to the plaintiffs, and the following parties made defendants herein are more particularly indentified to-wit:

1. Defendant, **SCOTT ZIELINSKI**, a person of the full age of majority and a resident of and domiciled in the State of North Carolina, and is subject to the jurisdiction of this Court pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201, et seq, and the Louisiana Non-Resident Motorist Act, LSA-R.S. 13:3474 and 13:3475;

2. Defendant, **EPES TRANSPORT SYSTEM**, a foreign company, authorized to do and doing business in the State of Louisiana and which is subject to the jurisdiction of this Court pursuant to the Long Arm Statute, LSA-R.S. 13:3201, et seq, and owner of the vehicle in this collision that is subject of the action sued upon herein;

3. **OLD REPUBLIC COMPANY**, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana and which is subject the jurisdiction of this Court pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201, et seq., and the Louisiana Non-Resident Motorist Act, LSA-R.S. 13:3474 and 13:3475;

4. **GALLAGHER BASSET SERVICES, LLC,** made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana and which is subject the jurisdiction of this Court pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201, et seq., and the Louisiana Non-Resident Motorist Act, LSA-R.S. 13:3474 and 13:3475;


Certified True and Correct Copy
CertID: 2021062300640

Lafayette Parish
Deputy Clerk of Court

Generated Date:
6/23/2021 4:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5. **AON RISK SERVICES**, made a party defendant herein, is a foreign insurance agent authorized to do and doing business in the State of Louisiana and which is subject the jurisdiction of this Court pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201, et seq., and the Louisiana Non-Resident Motorist Act, LSA-R.S. 13:3474 and 13:3475;

II.

That on or about June 28, 2020 at approximately, 11:03 a.m., **JUNE THOMPSON** was operating a 2004 Toyota Camry with permission and knowledge of the owner, Lachey Thompson in the right lane of Interstate 10 eastbound near milepost 105 in Lafayette Parish, State of Louisiana.

III.

That at approximately the same time and place, **WILBERT THOMPSON** was a front seat guest passenger in the 2004 Toyota Camry.

IV.

That at the same time and place, **SCOTT ZIELINSKI** was operating a 2020 Freight Line Tractor, a commercial vehicle owned by EPES TRANSPORT in the left lane of Interstate 10 eastbound near milepost 105 in Lafayette Parish, State of Louisiana.

V.

At all relevant times herein, SCOTT ZIELINSKI was an employee, agent, or servant of defendant, EPES TRANSPORT SYSTEM at the time of the collision that is subject of this lawsuit.

VI.

At all times herein mentioned, JUNE THOMPSON was operating the vehicle in a reasonable and prudent manner.

VII.

That at about the same time and place, **SCOTT ZIELINSKI**, without warning, did negligently and violently attempt to change lanes be veering into the right lane that was legally occupied by the plaintiffs' vehicle. In doing so, SCOTT ZIELINSKI did strike the rear end of **JUNE THOMPSON'S** 2004 Toyota Camry, causing the vehicle to rotate counterclockwise across both lanes of Interstate 10. Upon the second impact, SCOTT ZIELINSKI did strike and cause the Camry's front end to violently strike the left side concrete


Certified True and Correct Copy
CertID: 2021062300640

Lafayette Parish
Deputy Clerk of Court

Generated Date:
6/23/2021 4:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

barrier. Upon the third impact, **SCOTT ZIELINSKI**, still negligently operating the 2020 Freight Line Tractor did strike the Plaintiffs' vehicle on its left side, pushing said vehicle further down Interstate 10 eastbound.

VIII.

That aforesaid collision sued on herein was the fault of and proximately caused by Defendant, **SCOTT ZIELINSKI**, in the following, non-exclusive, respects:

a. By allowing his 2020 Freight Line Tractor and struck the rear end of the Thompson 2004 Toyota Camry;

b. By failing to pay attention, maintain a proper lookout, to obey traffic control devices to maintain a proper distance between vehicles, to change lanes when legally safe and to do so, and to pay full time and attention to the operation of his vehicle and to avoid a collision;

c. failing to maintain his vehicle in the left lane until it was legally safe to enter the right lane;

d. By failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

e. By operating the vehicle under his control in a reckless and negligent manner;

f. By failing to see what should be seen; and

g. Other acts of negligence which were the cause of the collision sued upon and whch will be shown at the trial of this matter.

IX.

That at all relevant times herein, **SCOTT ZIELINSKI** was employed by and acting within the course and scope of his employment with **EPES TRANSPORT SYSTEM**, and therefore, **EPES TRANSPORT SYSTEM** is legally responsible for the negligent acts and omissions of its employee, **SCOTT ZIELINSKI** pursuant to the theory of *respondeat superior* and the Louisiana Civil Code; and therefore, **EPES TRANSPORT SYSTEM** is a proper party defendant herein.


**Certified True and Correct Copy**
CertID: 2021062300640

Lafayette Parish
Deputy Clerk of Court

Generated Date:
6/23/2021 4:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

X.

That as a result of the aforesaid collision, JUNE THOMPSON has sustained injuries to his neck, back, and body; together with past and future mental anguish and physical pain and suffering; past, present, and future medical expenses; past and future loss of earnings and impaired earning capacity; all of which entitles Plaintiff to recover from Defendants the damages as are reasonable in the premises.

XI.

That as a result of the aforesaid collision, WILBERT THOMPSON has sustained injuries to his neck, back, and body; together with past and future mental anguish and physical pain and suffering; past, present, and future medical expenses; past and future loss of earnings and impaired earning capacity; all of which entitles Plaintiff to recover from Defendants the damages as are reasonable in the premises.

XII.

That **JUNE THOMPSON AND SOPHIA THOMPSON** were married at all relevant times herein and have remained married.

XIII.

That as a result of the injuries which JUNE THOMPSON sustained in the collision sued on herein, SOPHIA THOMPSON has suffered a loss of consortium, service and society of her husband, JUNE THOMPSON, and therefore, has suffered damages as are reasonable in the premises.

XIV.

Plaintiffs show that at all times mentioned hereinabove, there was in full force and effect a policies of insurance issued by Defendants, GALLAGHER BASSETT, OLD REPUBLIC COMPANY, and AON RISK SERVICES, under the terms and conditions of which it agreed to insure and indemnify Defendants, EPES TRANSPORT SYSTEM and SCOTT ZIELINSKI, from the type of liability asserted herein.

**WHEREFORE**, your Plaintiffs, **JUNE THOMPSON, WILBERT THOMPSON, and SOPHIA THOMPSON**, pray that Defendants be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and



Certified True and
Correct Copy
CertID: 2021062300640

Lafayette Parish
Deputy Clerk of Court

Generated Date:
6/23/2021 4:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

due proceedings are had, that there be judgment rendered herein in favor of Plaintiffs **JUNE THOMPSON and WILBERT THOMPSON** and against Defendants, **EPES TRANSPORT SYSTEM, SCOTT ZIELINSKI, OLD REPUBLIC COMPANY, GALLAGHER BASSETT, and AON RISK SERVICES**, in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid, and for all costs of these proceedings, and any other legal and equitable relief to which Plaintiffs may be entitled.

RESPECTFULLY SUBMITTED,

ERICKA S. BRIGNAC, 24637
10367 HIGHWAY 70 ACCESS ROAD
ST. JAMES, LA 70086
(225)746-1213 TELEPHONE
(225)746-1231 FACSIMILLE

**PLEASE SERVE**

1. **EPES TRANSPORT SYSTEM**
   Pursuant to the Non-Resident Motorist Act
   LSA-R.S. 13:3474 and 13:3475
   By serving the Secretary of State of the State of
   The State of Louisiana and by notifying
   EPES Transport System,
   3400 EDGEFIELD CT
   GREENSBORO, NORTH CAROLINA 27409
   By certified mail of the fact that it has been served.

2. **EPES TRANSPORT SYSTEM**
   Pursuant to the Louisiana Long Arm Stature
   LSA-R.S. 13:3201, et seq.
   By serving EPES TRANSPORT SYSTEM
   3400 EDGEFIELD CT
   GREENSBORO, NORTH CAROLINA 27409
   BY CERTIFIED MAIL.

3. **SCOTT ZIELINSKI**
   Pursuant to the Non-Resident Motorist Act
   LSA-R.S. 13:3474 and 13:3475
   By serving the Secretary of the State of Louisiana
   And by notifying SCOTT ZIELINSKI,
   534 Mary Lou Lane SW
   Supply, North Carolina 28462
   BY CERTIFIED MAIL.

4. **SCOTT ZIELINSKI**
   Pursuant to the Louisiana Long Arm Statute
   LSA-R.S. 13:3201, et seq.
   By serving SCOTT ZIELINSKI,
   534 Mary Lou Lane SW
   Supply, North Carolina 28462
   By certified mail of the fact that he has been served.


Certified True and Correct Copy
CertID: 2021062300640

Lafayette Parish
Deputy Clerk of Court

Generated Date:
6/23/2021 4:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5. **OLD REPUBLIC**
   Pursuant to the Non-Resident Motorist Act
   LSA-R.S. 13:3474 and 13:3475
   By serving the Secretary of the State of Louisiana
   And by notifying OLD REPUBLIC and
   COMMISSIONER MIKE CAUSEY
   1201 Mail Service Center
   Raleigh, North Carolina 27699
   By certified mail of the fact that it has been served.

6. **OLD REPUBLIC**
   Pursuant to the Louisiana Long Arm Statute
   LSA-R.S. 12:3201, et. Seq
   By serving OLD REPUBLIC
   and
   COMMISSIONER MIKE CAUSEY
   1201 Mail Service Center
   Raleigh, North Carolina 27699
   By certified mail.

7. **GALLAGHER BASSETT SERVICES**
   Pursuant to the Non-Resident Motorist Act
   LSA-R.S. 13:3474 and 13:3475
   By serving the Secretary of the State of Louisiana
   And by notifying
   2850 Golf Rd.
   Rolling Meadows, IL 60008 or
   1215 Manor Drive, Ste 101
   Mechanicsburg, PA 17055-4900
   By certified mail of the fact that it has been served.

8. **GALLAGHER BASSETT SERVICES**
   Pursuant to the Louisiana Long Arm Statute
   LSA-R.S. 12:3201, et. Seq
   By serving GALLAGHER BASSETT SERVICES,
   2850 Golf Rd.
   Rolling Meadows, IL 60008 or
   1215 Manor Drive, Ste 101
   Mechanicsburg, PA 17055-4900
   By certified mail.



**Certified True and Correct Copy**
CertID: 2021062300640



Lafayette Parish
Deputy Clerk of Court

Generated Date:
6/23/2021 4:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**





7020 1290 0000 7540 4414



FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 70802
02 4W
0000366443 JUL 01 2021

$ 004.31⁰

SS104 (R 06/18)