Lafayette Parish
Filed Oct 18, 2021 10:15 AM
Kireston Batiste
Deputy Clerk of Court

C-20213302
L

# 15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

NO. 2021-3302                                                                                       DIV. "L"

**WILBERT THOMPSON, JUNE THOMPSON, AND SOPHIA THOMPSON**

**VERSUS**

**SCOTT ZIFLINSKI, EPES TRANSPORT SYSTEM, OLD REPUBLIC, AON RISK SERVICES, AND GALLAGHER BASSET SERVICES**

FILED: _____            _____
                                                                                    **DEPUTY CLERK**

### MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Wilbert Thompson, June Thompson and Sophia Thompson, who move to dismiss their claims against Gallagher Basset Services, LLC and AON Risk Services, only, without prejudice, while reserving Plaintiffs' rights against all other parties, named or unnamed.

**IT IS ORDERED** that Plaintiffs' claims against Gallagher Basset Services, LLC and AON Risk Services be and are hereby dismissed, without prejudice, all parties to bear their own costs. Plaintiffs' rights against all other entities, named or unnamed, are expressly reserved.

Lafayette, Louisiana this _____ day of _____, 2021.

_____
**JUDGE**
Marilyn C. Castle
SIGNED ON 10/19/2021

Respectfully submitted,

_____
Ericka S. Brignac, Esq., #24637
10367 Highway 70 Access Road
St. James, LA 70086
T: (225) 746-1213
F: (225) 746-1231

THIS WILL CERTIFY THAT THERE IS NO OUTSTANDING COURT COST IN CONNECTION WITH THE ATTACHED DISMISSAL. LAFAYETTE, LOUISIANA, THIS 10/18/2021.

_____
**DEPUTY CLERK OF COURT**

STATE OF LOUISIANA PARISH OF LAFAYETTE

I HEREBY CERTIFY THAT A CERTIFIED COPY OF THIS ORDER HAS BEEN MAILED/SERVED ON ALL PARTIES THIS
October 20, 2021

_____
**DEPUTY CLERK OF COURT**

**CC: ERICKA BRIGNAC**
      **GERARD DRAGNA**