**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | Wilbert Thompson, et al. v. Scott Zielinski, et al.<br>22-cv-562 |
| Date: | March 10, 2022 |

## MINUTE ENTRY

The Motion to Dismiss for Insufficiency of Service of Process [ECF No. 5] is REFERRED to the Magistrate Judge for Report and Recommendation.